JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR GARCIA,<br><br>                Movant,<br><br>    v.<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                Respondent. | Case No. 5:22-mc-00013-JGB (SPx)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to quash and other records on file and the Report and Recommendation of the United States Magistrate Judge. Movant has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

//

//

IT IS THEREFORE ORDERED that movant's motion to quash the subpoena at issue pursuant to the customer challenge provisions of the Right to Financial Privacy Act of 1978 (docket no. 1) is denied.  Because that motion was the only matter at issue in this case, the Court Clerk is directed to close this case.

DATED:   January 10, 2023

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE